John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

Check No. 816705

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 05-20450 | 006-0 | KATRENIA SHUNETTE LINWOOD<br>Original Check written to:<br>VALOR TELECOMMUNICATIONS<br>McCARTER & ENGLISH, LLP-TAYLOR<br>919 N MARKET ST., # 1800<br>WILMINGTON, DE  19801 | xxxxxxx0036 | 267.00 | 33.00 | 0.00 | 33.00 |
| 05-20450 | 011-0 | KATRENIA SHUNETTE LINWOOD<br>Original Check written to:<br>MIDWEST R&S CORP.<br>CHECK N' GO LOAN SERVICER<br>5155 FINANCIAL WAY<br>MASON, OH  45040 | xxxxxxx5288 | 348.12 | 43.03 | 0.00 | 43.03 |
| 05-60955 | 999-0 | MARCUS ANTHONY CLARK<br>Original Check written to:<br>MARCUS ANTHONY CLARK<br>605 RAVENWOOD DR<br>ATHENS, TX  75751 | | 0.00 | 8.73 | 0.00 | 8.73 |
| 05-61212 | 999-0 | STEPHEN STRONG<br>Original Check written to:<br>STEPHEN STRONG<br>121 PINE ST<br>HENDERSON, TX  75652 | | 0.00 | 48.36 | 0.00 | 48.36 |
| 05-62385 | 003-0 | RICKEY C MILLER<br>Original Check written to:<br>COLLECTION SERVICE DIVISION<br>411 W FRONT ST<br>TYLER, TX  75702 | xxxxxxx8370 | 0.00 | 69.11 | 0.00 | 69.11 |
| 06-60379 | 104-0 | CHARLES EDWIN GODWIN<br>Original Check written to:<br>CARDHOLDER SERVICES<br>ATTN: SCOT MAYO<br>P O BO X922968<br>NORCROSS, GA  30010- | 0582 | 8,282.95 | 461.99 | 0.00 | 461.99 |
| 07-60296 | 009-0 | JAMES NOLEN NORMAN<br>Original Check written to:<br>ALLTEL<br>ONE ALLIED DR., BLD 4<br>SECOND FLOOR<br>LITTLE ROCK, AR  72202- | xxxxxx1198 | 0.00 | 277.88 | 21.41 | 299.29 |